## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**RUBEN DELGADO GUADARRAMA**          **CIVIL ACTION**

**VERSUS**          **NO. 23-1271-BAJ-RLB**

**JASON ST. ROMAINE, ET AL.**

## **NOTICE**

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on October 23, 2023.

                                   **RICHARD L. BOURGEOIS, JR.**
                                   **UNITED STATES MAGISTRATE JUDGE**

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**RUBEN DELGADO GUADARRAMA**　　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　　　　　　　　　　　**NO. 23-1271-BAJ-RLB**

**JASON ST. ROMAINE, ET AL.**

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is a Complaint filed by Plaintiff. (R. Doc. 1). The Defendants have not been served in this action and they have not made an appearance. Plaintiff did not submit the required filing fee or a motion to proceed in forma pauperis.

Plaintiff previously filed Civil Action Nos. 22-875-SDD-RLB and 23-123-SDD-RLB regarding the same circumstances as the instance complaint. In both previously filed matters this Court recommended (R. Doc. 7 in 22-cv-875 and R. Doc. 3 in 23-cv-123) dismissal, with prejudice, as legally frivolous. In those same matters the district judge adopted the recommendation and dismissed plaintiff's claims with prejudice.

Considering the instant complaint reiterates the same claims as those in Civil Action Nos. 22-875-SDD-RLB and 23-123-SDD-RLB and the Court has already dismissed these claims with prejudice, the undersigned incorporates those prior matters and recommends the instant matter be dismissed as well, and that plaintiff may not file any additional claims pertaining to the circumstances in these cases without leave of Court.

**Recommendation**

Accordingly, for the reasons provided in the previously filed Report and Recommendations, and having already been dismissed, the undersigned recommends that the Plaintiff's federal law claims should be dismissed as frivolous and that supplemental jurisdiction over Plaintiff's state law claims be declined.

It is further recommended that any future filing by the Plaintiff regarding the same facts or circumstances of his prior cases shall be accompanied with a motion for leave to file. The motion shall specifically remind the Court that Plaintiff has been required to obtain leave before pursuing another lawsuit.

Signed in Baton Rouge, Louisiana, on October 23, 2023.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**