## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

RUBEN DELGADO GUADARRAMA                    CIVIL ACTION

VERSUS

JASON ST. ROMAINE, ET AL.                    NO. 23-01271-BAJ-RLB

### RULING AND ORDER

Now before the Court is a Complaint filed by Plaintiff. (Doc. 1). Defendants have not been served in this action and they have not made an appearance. Plaintiff did not submit the required filing fee or a motion to proceed *in forma pauperis*. The Magistrate Judge has now issued a **Report and Recommendation (Doc. 2, the "Report")**, recommending that Plaintiff's federal law claims be dismissed as frivolous and that supplemental jurisdiction over Plaintiff's state law claims be declined. Plaintiff's deadline to object to the Report has passed, without any objection from Plaintiff.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's federal law claims be and are hereby **DISMISSED WITH PREJUDICE** as legally frivolous.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims.

**IT IS FURTHER ORDERED** that any future filing by Plaintiff regarding the

same facts or circumstances of this case shall be accompanied with a motion for leave to file. The motion shall specifically remind the Court that Plaintiff has been required to obtain leave before pursuing another such lawsuit.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 16th day of November, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**